UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| L.C. Brown, Jr., *aka* L.C. Brown, | ) | C/A No. 4:12-784-MGL-TER |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| Mr. McCabe, Warden of Lieber C.I., | ) ) | |
| Defendant. | ) ) | |

This matter is before the undersigned upon Plaintiff's motion entitled "Discovery." (Doc. # 31). In this motion, it appears Plaintiff is asking the court to order Defendants to respond to discovery requests. Generally, this court does not enter the discovery process, which is governed by the Federal Rules of Civil Procedure. See Rules 26 through 38, generally.

It is, therefore, ORDERED that Plaintiff's motion for "Discovery" (doc. #31) is DENIED.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

September 27, 2012
Florence, South Carolina